**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

        Plaintiff,

v.                                     Case No.: 6:24-cv-1135-WWB-DCI

FAIRFIELD FMC, LLC and APPLE
NINE HOSPITALITY OWNERSHIP,
INC.,

        Defendants.

---

## ORDER

The Court has been advised by the parties' Joint Notice of Settlement that the above-styled action has been completely settled.  (Doc. 13 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on December 4, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record